UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO TELLEZ GARCIA, JULIO CESAR GARCIA, CARLOS TAPIA, CESAR TELLO VARGAS, JULIO CESAR CANDARILLA, and ALEJANDRO MENDEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

-v.-

SAL 79 ASSOCIATES, INC. *d/b/a* COPPOLA'S WEST, SALVATORE'S CORP. *d/b/a* COPPOLA'S EAST, SALVATORE COPPOLA, MARIAN OUATU, and KENNY KAISER, as individuals,

Defendants.

19 Civ. 1301 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On July 6, 2020, the Court scheduled a pretrial conference in this action for September 23, 2020, at 4:30 p.m (Dkt. #40). That conference will proceed as scheduled telephonically. Both counsel and defendants shall appear telephonically for the conference. The dial-in information is as follows: At 4:30 p.m. on September 23, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 4:30 p.m.

SO ORDERED.

Dated: September 18, 2020
New York, New York

*Katherine Polk Failla*
―――――――――――――――――
KATHERINE POLK FAILLA
United States District Judge