

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/4/2020
```

December 3, 2020

**VIA ECF**
The Honorable District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Tellez Garcia, et al. v. Sal 79 Associates, Inc. et al.**
      **Civil Case No.: 1:19-cv-01301 (JPC)(KNF)**

Dear Judge Cronan:

Our office represents the Plaintiffs in the above-referenced matter and we submit this letter motion to respectfully request an extension of time to submit the parties' settlement agreement and motion for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015).

The aforementioned documents were due to the Court today, however, the parties are still working to finalize the necessary settlement documents. This is the first request for an extension of time to file and this request does not affect any other scheduled dates or deadlines. Defendants' counsel consents to this request for an extension of time. If this is request is granted, the parties can submit the settlement agreement and motion for approval on or before December 17, 2020.

We thank the Court for its consideration on this matter and remain available to provide any additional information.

Respectfully submitted,

_/s/_____
Roman Avshalumov, Esq.

---

Plaintiffs' request is GRANTED.  The parties shall submit a joint motion for approval of the proposed settlement agreement, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by December 17, 2020.

The status conference scheduled for December 11, 2020 at 11:00 a.m. is adjourned *sine die*.

SO ORDERED.

Date: December 4, 2020
      New York, New York

_____
JOHN P. CRONAN
United States District Judge