

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

January 4, 2021

**VIA ECF**
The Honorable District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: **Tellez Garcia, et al. v. Sal 79 Associates, Inc. et al.**
     **Civil Case No.: 1:19-cv-01301 (JPC)(KNF)**

Dear Judge Cronan:

 Our office represents the Plaintiffs in the above-referenced matter and we submit this letter motion on behalf of both parties to respectfully request one final extension of time to submit the parties' settlement agreement and motion for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015).

 The aforementioned documents were due to the Court today. Since the last correspondence with the Court on December 18, 2020, the parties have finalized the terms of the settlement agreement and are in the process of obtaining their clients' signatures. This is the third request for an extension of time to file the settlement documents and this request does not affect any other scheduled dates or deadlines.

 The parties respectfully request that the parties' time to file the settlement documents be extended to January 18, 2021. The parties do not anticipate requiring any further extensions.

 We thank the Court for its continued consideration on this matter and remain available to provide any additional information.

                   Respectfully submitted,

                   _/s/_____
                   Roman Avshalumov, Esq.

Plaintiffs' request is GRANTED.  The parties shall file all necessary documents for Court approval by January 18, 2021.

SO ORDERED.

Date: January 5, 2021
  New York, New York

_____
JOHN P. CRONAN
United States District Judge