UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JULIO TELLEZ GARCIA, JULIO CESAR
GARCIA, CARLOS TAPIA, CESAR TELLO
VARGAS, JULIO CESAR GANDARILLA, and
ALEJANDRO MENDEZ, individually and on
behalf of all others similarly situated,

               Plaintiffs,

   -against-

SAL 79 ASSOCIATES, INC. D/B/A COPPOLA'S
WEST, SALVATORE'S CORP. D/B/A
COPPOLA'S EAST, and SALVATORE COPPOLA,
MARIAN OUATU, and KENNY KAISER, as
individuals,

               Defendants.
------------------------------------------------------------------X

**ORDER**

19-CV-1301 (JPC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      To aid the Court in assisting the parties to finalize the terms of their settlement agreement, each party is directed to provide to the Court a confidential writing, outlining the disputed term(s) and that party's view of what the correct term(s) should be. The writing should be no longer than three pages and need not be provided to any other party. The parties are directed to send their confidential writings to elizabeth_potter@nysd.uscourts.gov on or before May 12, 2021.

Dated: May 7, 2021
      New York, New York

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

1