UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JULIO TELLEZ GARCIA *et al.*,                    :
:
:
Plaintiffs,           :
:                          19-CV-1301 (JPC)
-v-                         :
:                              ORDER
:
SAL 79 ASSOCIATES, INC. *et al.*,                :
:
Defendants.          :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Counsel for all parties shall appear before the undersigned for a conference to discuss trial. The conference shall take place on August 16, 2021 at 11:30 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

    SO ORDERED.

Dated: August 3, 2021
       New York, New York

                                                 JOHN P. CRONAN
                                          United States District Judge