UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JULIO TELLEZ GARCIA *et al.*,                      :
:
                      Plaintiffs,    :    19 Civ. 1301 (JPC)
:
        -v-                                   :    ORDER
:
SAL 79 ASSOCIATES, INC. *et al.*,                  :
:
                      Defendants.    :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at the conference on August 16, 2021, the parties should be ready for trial in this case on January 31, 2022. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

      The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by January 7, 2022. Any opposition to a motion *in limine* shall be filed by January 14, 2022. Parties should submit courtesy copies in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by January 26, 2022. The parties shall appear for a final pretrial conference on January 24, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

      SO ORDERED.

Dated: August 17, 2021
      New York, New York
                                                    _____
                                                         JOHN P. CRONAN
                                                       United States District Judge