UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
JULIO TELLEZ GARCIA *et al.*, :
:
                Plaintiffs, : 19 Civ. 1301 (JPC)
:
   -v- : ORDER
:
SAL 79 ASSOCIATES, INC. *et al.*, :
:
                Defendants. :
:
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

    On August 17, 2021, the Court scheduled this case to be ready for trial to begin on or about January 31, 2022. By no later than November 12, 2021, the parties shall submit a joint letter to the Court with their current views on whether they still expect the case to proceed to trial as scheduled.

    SO ORDERED.

Dated: November 9, 2021                       _____
       New York, New York                        JOHN P. CRONAN
                                               United States District Judge